1 **WO**

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 CAROL ANN AGSTER, personal)     No. CV-02-1686-PHX-JAT
representative of the Estate of CHARLES)
10 J. AGSTER, III, deceased; CHARLES J.)
AGSTER, JR., and CAROL ANN)
11 AGSTER, surviving parents of CHARLES)     **ORDER**
J. AGSTER, III,                       )
12                                     )
        Plaintiffs,                    )
13                                     )
vs.                                    )
14                                     )
                                       )
15 MARICOPA COUNTY, a public entity; et)
al.                                    )
16        Defendants.                  )
                                       )
17 _____)

18        On October 5, 2005, Defendants filed a "Notice re of [sic] Lodging form of

19 Judgment." (Doc. #418).  No form of judgment was attached, nor was one e-mailed to

20 chambers as required by the administrative policies and procedures manual for CM/ECF.

21 Therefore, no judgment will be entered because no judgment was submitted and Doc. #418

22 will be denied for that reason.[1]

23        Moreover, Defendants made no showing that judgment should be entered at this time

24 as required under Federal Rule of Civil Procedure 54(b).  Accordingly, the parties are

25 advised that all judgments will be entered at the conclusion of the trial of this matter, and

26

27

28        [1] Plaintiffs apparently received a copy because they filed an objection (Doc. #420).

1  either party may submit a proposed form of judgment to be entered at the same time the jury

2  verdicts are read and received.

3      Therefore, to the extent Doc. #418 could be construed as a motion for entry of partial

4  judgment, that request is DENIED.

5      DATED this 24th day of October, 2005.

6

7

8                              James A. Teilborg
                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28