BURCH & CRACCHIOLO, P.A.
    702 East Osborn Road, Ste. 200
    Phoenix, Arizona 85014
    Telephone (602) 274-7611

Brian Kaven, SBA #003066
bkaven@bcattorneys.com
James Stipe, SBA #014666
jstipe@bcattorneys.com
Attorneys for Maricopa Sheriff Defendants

OLSON, JANTSCH & BAKKER, P.A.
    7243 N. 16th Street
    Phoenix, Arizona 85020
    Telephone (602) 861-2705

Daniel P. Jantsch, SBA #004924
dpj@ojbb.com
Michael D. Wolver, SBA #012421
mdw@ojbb.com
Attorneys for Defendants Maricopa County, CHS

LAW OFFICES OF RICHARD L. STROHM, P.C.
    11488 East Caribbean Lane
    Scottsdale, Arizona 85255
    Telephone (480) 889-3521

Richard L. Strohm, SBA #004622
rlslaw@att.net
Attorney for Defendant Betty J. Lewis

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, JR., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>    Plaintiffs,<br>vs.<br><br>MARICOPA COUNTY, a public entity; MARICOPA COUNTY SHERIFF'S OFFICE, a division of Maricopa County; MARICOPA COUNTY DEPARTMENT OF CORRECTIONAL HEALTH SERVICES, a division of Maricopa County; JOSEPH M. ARPAIO, MARICOPA COUNTY SHERIFF; BETTY J. LEWIS, and JOHN DOE LEWIS, her husband; BARUCH A. REUSCH, and JANE | No. CV 02-1686 PHX-JAT<br><br>**NOTICE OF FILING DEFENDANTS' SEPARATE VERDICT FORMS AND SPECIAL INTERROGATORIES** |

| | |
|---|---|
| 1 | DOE REUSCH, his wife, LEAH R. COMPTON, and JOHN DOE COMPTON, her husband; KRISTINE KEMPER, and JOHN DOE KEMPER, her husband; AMANDA S. GARRISON, and JOHN DOE GARRISON, her husband; SUSAN E. FISHER, and JOHN DOE FISHER, her husband; RICK NULPH, and JANE DOE NULPH, his wife; KATHERINA BROKSCHMIDT, and JOHN DOE BROKSCHMIDT, her husband; MICHAEL C. WILKINS, and JANE DOE WILKINS, his wife; LAURA SODEMAN; and JOHN DOE SODEMAN, her husband; JOHN DOES I-X and JANE DOES I-X, |
| 10 | Defendants. |

Pursuant to the Court's Order Setting Final Pretrial Conference, the defendants' hereby provide notice of filing their separate forms of verdict and special interrogatories by filing them with the Clerk of the Court and e-mailing them to chambers at teilborg_chambers@azd.uscourts.gov.

Defendants' proposed verdict forms are attached hereto as Exhibit "1," and include civil rights and negligence verdict forms. Defendants' proposed special interrogatories are attached hereto as Exhibit "2," and include interrogatories relating to A.R.S. § 12-711, vicarious liability, and drug use.

RESPECTFULLY SUBMITTED this 14th day of December, 2005.

BURCH & CRACCHIOLO, P.A.

By: _____
Brian Kaven, SBA #003066
James Stipe, SBA #014666
702 East Osborn Road, Suite 200
Phoenix, Arizona 85014
Attorneys for Maricopa Sheriff Defendants

OLSON, JANTSCH & BAKKER, P.A.

By: _____
Daniel P. Jantsch, SBA #004924
Michael D. Wolver, SBA #012421
7243 North 16th Street
Phoenix, AZ 85020-7250
Attorneys for Defendants
Maricopa County and Maricopa County
Department of Correctional Health
Services (a non-jural entity)

LAW OFFICES OF RICHARD L. STROHM, P.C.

By: _____
Richard L. Strohm, SBA #004622
8121 East Indian Bend Rd., Suite 128
Scottsdale, AZ 85250
Attorneys for Defendant
Betty J. Lewis, R.N.

ORIGINAL electronically transmitted
to the Clerk's Office using the CM/ECF
System for filing and transmittal of a
Notice of Electronic Filing this 14th
day of December, 2005.

COPY of the foregoing delivered
this 14th day of December, 2005, to:

Honorable James A. Teilborg
United States District Judge
United States District Court, District of Arizona
401 W. Washington
Phoenix AZ 85003

COPY transmitted electronically on
December 9, 2005 to:

Honorable James A. Teilborg
United States District Judge
United States District Court, District of Arizona
401 W. Washington
Phoenix AZ 85003

Michael C. Manning, Esq.
Sean B. Berberian, Esq.
Stinson Morrison Hecker, LLP
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Attorneys for Plaintiffs

_____

# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 1** |

With respect to plaintiffs' civil rights claim for excessive force and failure to intercede to stop excessive force against the detention officers, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark __one__ box for each officer)*:

| Name of Officer | For the Officer | | Against the Officer |
|---|---|---|---|
| Michael Wilkins | For ☐ | **or** | Against ☐ and award plaintiffs *(circle __one__ letter: A or B)*:<br>  A. Nominal damages<br>  **OR**<br>  B. Compensatory damages |
| Kristine Kemper | For ☐ | **or** | Against ☐ and award plaintiffs *(circle __one__ letter: A or B)*:<br>  A. Nominal damages<br>  **OR**<br>  B. Compensatory damages |

Amanda Garrison   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Laura Sodeman   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Leah Compton   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Katherina Brokschmidt   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Eric Nulph   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Baruch Reusch   For ☐   *or*   Against ☐ and award plaintiffs
**(circle *one* letter: A or B)**:
  A. Nominal damages
  **OR**
  B. Compensatory damages

Susan Fisher          For ☐      *or*          Against ☐ and award plaintiffs
                                               ***(circle <u>one</u> letter: A or B)***:
                                                 A. Nominal damages
                                               ***OR***
                                                 B. Compensatory damages



SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 2** |

With respect to plaintiffs' civil rights claim against the Maricopa County Sheriff for deliberate indifference in training on considering medical conditions in determining whether to admit a detainee into the jail, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark **one** box)*:

<u>For the Maricopa Sheriff</u>          <u>Against the Maricopa Sheriff</u>

For ☐      *or*      Against ☐ and award plaintiffs
*(circle **one** letter: A or B)*:
    A. Nominal damages
   ***OR***
    B. Compensatory damages

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                     Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                     Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 3** |

With respect to plaintiffs' civil rights claim against the Maricopa County Sheriff for deliberate indifference in training on the amount of force to use in putting someone in the restraint chair, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark **one** box)*:

<u>For the Maricopa Sheriff</u>　　　　　<u>Against the Maricopa Sheriff</u>

For ☐　　　***or***　　　Against ☐ and award plaintiffs *(circle **one** letter A or B)*:
                                          A. Nominal damages
                                          ***OR***
                                          B. Compensatory damages

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>   Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>   Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 4** |

With respect to plaintiffs' negligence claim against the Maricopa County Sheriff, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark **one** box)*:

<u>For the Maricopa Sheriff</u>          <u>Against the Maricopa Sheriff</u>

For ☐              *or*          Against ☐ and award compensatory damages


SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>             Plaintiffs,<br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br>             Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 5** |

We, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find plaintiffs' full compensatory damages to be in the amount of $_____. We find the relative degrees of fault for compensatory damages to be:

| | |
|---|---|
| Plaintiff's decedent (Charles Agster III) | \_\_\_\_% |
| Plaintiffs (Carol Agster and Charles Agster Jr.) | \_\_\_\_% |
| Drug Dealer (Bob) | \_\_\_\_% |
| City of Phoenix Police Officers | \_\_\_\_% |
| Maricopa Sheriff and detention officers | \_\_\_\_% |
| Maricopa County, CHS and Nurse Lewis | \_\_\_\_% |
| TOTAL | 100 % |

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                    Plaintiffs,<br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                    Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 6** |

With respect to Plaintiffs' civil rights claims against Correctional Health Services of deliberately indifferent policies, customs, training and supervision in considering medical conditions in determining whether to admit or restrain a detainee in jail, we, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby find *(mark one box)*:

<u>For Correctional Health Services</u>

For ☐

*or*

<u>Against Correctional Health Services</u>

Against ☐ and award plaintiffs *(circle one letter: A or B)*:
    A. Nominal damages
    ***OR***
    B. Compensatory damages

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                        Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 7** |

With respect to plaintiffs' negligence claim against Correctional Health Services and Betty Lewis, we, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby find *(mark **one** box)*:

| For Correctional Health Services and Betty Lewis | | Against Correctional Health Services and Betty Lewis |
|---|---|---|
| For ☐ | ***or*** | Against ☐ and award compensatory damages |

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>　　　　　　　　　　Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 8** |

With respect to plaintiffs' civil rights claim against Betty Lewis for excessive force, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark one box)*:

<u>For Betty Lewis</u>　　　　　　　　　<u>Against Betty Lewis</u>

For ☐　　　*or*　　　Against ☐ and award plaintiffs
　　　　　　　　　　　*(circle one letter: A or B)*:
　　　　　　　　　　　　A. Nominal damages
　　　　　　　　　　　　**OR**
　　　　　　　　　　　　B. Compensatory damages

SIGNED: _____ (Foreperson)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED VERDICT FORM NO. 9** |

With respect to plaintiffs' civil rights claim against Betty Lewis for deliberate indifference in desregarding a substantial risk of harm to Mr. Agster, we, the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do hereby find *(mark one box)*:

<u>For Betty Lewis</u>

For ☐

*or*

<u>Against Betty Lewis</u>

Against ☐ and award plaintiffs
*(circle one letter: A or B)*:
   A. Nominal damages
   **_OR_**
   B. Compensatory damages


SIGNED: _____ (Foreperson)

# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>     Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>     Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED SPECIAL INTERROGATORY NO. 1** |

Have defendants proved that plaintiffs' decedent Charles Agster III was under the influence of an intoxicating liquor or a drug and as a result of that influence he was at least fifty percent responsible for the accident or event that cause him harm? *(mark **one** box)*

    Yes ☐  ***or***  No ☐

SIGNED: _____ (Foreperson)

**COMMENT:**  A.R.S. § 12-711.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>　　　　　　　　　Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED SPECIAL INTERROGATORY NO. 2** |

Have plaintiffs proved that Nurse Lewis was an agent of the Sheriff of Maricopa County during the time that plaintiffs' decedent Charles Agster III was at the Madison Street Jail?　*(mark **one** box)*

　　　　　　　Yes ☐　　　***or***　　　No ☐

SIGNED: _____ (Foreperson)

**COMMENT:**　　9th Circuit *Manual of Model Civil Jury Instructions* (2004 Edition), Instruction 6.4 (Agent and Principal – Definition).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III, <br><br>                     Plaintiffs, <br><br>v. <br><br>MARICOPA COUNTY, a public entity; et al. <br><br>                     Defendants. | No. CV-02-1686-PHX-JAT <br><br>**DEFENDANTS' REQUESTED SPECIAL INTERROGATORY NO. 3** |

Please answer the following question *only* if you marked "yes" above that Nurse Lewis was an agent of the Sheriff of Maricopa County.

Have plaintiffs proved that Nurse Lewis was acting within the scope of her authority with the Sheriff of Maricopa County at the time that plaintiffs' decedent Charles Agster III was at the Madison Street Jail? *(mark one box)*

      Yes ☐     *or*     No ☐

SIGNED: _____ (Foreperson)

**COMMENT:**   9th Circuit *Manual of Model Civil Jury Instructions* (2004 Edition), Instruction 6.5 (Agent – Scope of Authority Defined).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, Jr., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br><br>                Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY, a public entity; et al.<br><br>                Defendants. | No. CV-02-1686-PHX-JAT<br><br>**DEFENDANTS' REQUESTED SPECIAL INTERROGATORY NO. 4** |

Do you find that decedent, Charles Agster, III, abused methamphetamines and/or other drugs on August 6 and 7, 2001, and was therefore negligent? *(mark one box)*

        Yes ☐     *or*     No ☐

SIGNED: _____ (Foreperson)

**COMMENT:**    Revised Arizona Jury Instructions (Civil) 4th Edition, Instructions Fault 5-11.