Michael C. Manning (#016255)
Sean B. Berberian (#020775)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Tel:  (602) 279-1600
Fax:  (602) 240-6925

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, JR., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III, | No. CIV-02-1686-PHX-JAT |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SUBMISSION OF FORM OF VERDICT** |
| v. | (Assigned to the Honorable James A. Teilborg) |
| MARICOPA COUNTY, a public entity; MARICOPA COUNTY SHERIFF'S OFFICE, a division of Maricopa County; MARICOPA COUNTY DEPARTMENT OF CORRECTIONAL HEALTH SERVICES, a division of Maricopa County; JOSEPH M. ARPAIO, MARICOPA COUNTY SHERIFF; BETTY J. LEWIS, and JOHN DOE LEWIS, her husband; BARUCH A. REUSCH, and JANE DOE REUSCH, his wife; LEAH R. COMPTON, and JOHN DOE COMPTON, her husband; KRISTINE KEMPER, and JOHN DOE KEMPER, her husband; AMANDA S. GARRISON, and JOHN DOE GARRISON, her husband; SUSAN E. | |

FISHER, and JOHN DOE FISHER, her )
husband; ERICK NULPH, and JANE )
DOE NULPH, his wife; KATHERINA )
BROKSCHMIDT, and JOHN DOE )
BROKSCHMIDT, her husband; )
MICHAEL C. WILKINS, and JANE )
DOE WILKINS, his wife; LAURA )
SODEMAN, and JOHN DOE )
SODEMAN, her husband; JOHN DOES )
I-X and JANE DOES I-X, )
)
                Defendants. )

        Pursuant to the Court's Order Setting Final Pretrial Conference, Plaintiffs hereby

submit their Proposed Form of Verdict, which is attached hereto.

        RESPECTFULLY SUBMITTED this 14th day of December, 2005.

                                STINSON MORRISON HECKER
                                LLP


                        By:     /s/ Sean B. Berberian
                                Michael C. Manning
                                Sean B. Berberian
                                1850 N. Central Avenue, Suite 2100
                                Phoenix, Arizona  85004-4584
                                Attorneys for Plaintiffs

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on December 14, 2005, I electronically transmitted the
attached document to the Clerk's Office using the CM/ECF System for filing and
transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

4

5        Brian Kaven, attorney for MCSO Defendants

6        Richard L. Strohm, attorney for Betty Lewis

7        Daniel P. Jantsch and Michael D. Wolver, attorneys for Maricopa County and
         CHS

8

9        I hereby certify that on December 14, 2005, I served a courtesy copy of the
attached document by mail, upon:

10

11       The Honorable James A. Teilborg
         Sandra Day O'Connor U.S. Courthouse, Ste 523
12       401 West Washington Street, SPC 51
         Phoenix, Arizona  85003

13

14        /s/ Brooke Campbell

15

16

17

18

19

20

21

22

23

24

25

26

DB02/775803 0002/6943148.1