Michael C. Manning (#016255)
Sean B. Berberian (#020775)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
E-mail: mmanning@stinsonmoheck.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CAROL ANN AGSTER, personal representative of the Estate of CHARLES J. AGSTER, III, deceased; CHARLES J. AGSTER, JR., and CAROL ANN AGSTER, surviving parents of CHARLES J. AGSTER, III,<br>    Plaintiffs,<br>v.<br>MARICOPA COUNTY, a public entity; MARICOPA COUNTY SHERIFF'S OFFICE, a division of Maricopa County; MARICOPA COUNTY DEPARTMENT OF CORRECTIONAL HEALTH SERVICES, a division of Maricopa County; JOSEPH M. ARPAIO, MARICOPA COUNTY SHERIFF; BETTY J. LEWIS, and JOHN DOE LEWIS, her husband; BARUCH A. REUSCH, and JANE DOE REUSCH, his wife; LEAH R. COMPTON, and JOHN DOE COMPTON, her husband; KRISTINE KEMPER, and JOHN DOE KEMPER, her husband, AMANDA S. GARRISON, and JOHN DOE GARRISON, her husband; SUSAN E. FISHER, and JOHN DOE FISHER, her husband; ERICK NULPH, and JANE | No. CIV-02-1686-PHX-JAT<br><br>**NOTICE OF ERRATA**<br><br>(Assigned to the Honorable James A. Teilborg) |

DB02/775803 0002/6957086.1

| | |
|---|---|
| 1 | |
| 2 | DOE NULPH, his wife; KATHERINA ) |
| | BROKSCHMIDT, and JOHN DOE ) |
| 3 | BROKSCHMIDT, her husband; ) |
| | MICHAEL C. WILKINS, and JANE ) |
| 4 | DOE WILKINS, his wife; LAURA ) |
| | SODEMAN, and JOHN DOE ) |
| 5 | SODEMAN, her husband; JOHN DOES |
| 6 | I-X and JANE DOES I-X, |
| |             Defendants.  ) |

Plaintiffs herby give notice that the parties have filed a corrected copy of the Stipulated Description of the Case . Plaintiffs inadvertently filed the original Stipulated Description of the Case without electronic signatures.

RESPECTFULLY SUBMITTED this 14th day of December, 2005.

                                      **STINSON MORRISON HECKER LLP**

By:   /s/ Sean B. Berberian
          Michael C. Manning
          Sean B. Berberian
          1850 N. Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4584
          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2005, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Brian Kaven, attorney for MCSO Defendants

Richard L. Strohm, attorney for Betty Lewis

Daniel P. Jantsch and Michael D. Wolver, attorneys for Maricopa County and CHS

I hereby certify that on December 14, 2005, I served a courtesy copy of the attached document by mail, upon:

The Honorable James A. Teilborg
Sandra Day O'Connor U.S. Courthouse, Ste 523
401 West Washington Street, SPC 51
Phoenix, Arizona  85003


 /s/ Brooke C. Campbell
―――――――――――――――――――――――