Rodrick J. Coffey (#019712)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925

Attorneys for defendant, EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Baker, | Case No. CV 04 1192 PCT NVW |
| Plaintiff, | |
| v. | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| Capital One Bank, Capital One, F.S.B., Capital One Services, Inc.; Equifax Credit Information Services, Retailers National Bank, Ameriquest Mortgage Company, Panda Management, Inc.; Anthony Ferlanti; and Does 1-10. | |
| Defendants. | |

COMES NOW defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and pursuant to Local Rule 1.2(a)(2), gives notice that it served its discovery requests pursuant to Rule 26 by mailing a copy to all counsel of record on this date.

9006486.1
DB02/764022 0022/6963530.1

1 | Respectfully submitted this _____ day of December, 2005,

EQUIFAX INFORMATION SERVICES LLC

By:_____
    One of Its Attorneys

Rodrick J. Coffey (#019712)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Tel:  (602) 279-1600
Fax:  (602) 240-6925

and, of counsel:

Lewis P. Perling, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

9006486.1
DB02/764022 0022/6963530.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SERVICE OF DISCOVERY REQUESTS by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Christine Baker, *Pro Se*
HC 37 Box 2126
Meadview, AZ 86444

Heidi McNeil Staudenmaier
Jennifer Hadley Dioguardi
Snell & Wilmer
1 Arizona Center
400 E. Van Buren
Phoenix, AZ 85004

Jeffrey Messing
Poli & Ball PLC
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018-7252

Kevin D. Quigley
Kathleen A. Biesterveld
Quarles & Brady Streich Lang LLP
2 N Central Ave
Phoenix, AZ 85004-2391

Dated: December __, 2005

_____

9006486.1
DB02/764022 0022/6963530.1